## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GERALD AVILES** | * | CIVIL ACTION NO. 19-11220 |
| **VERSUS** | * | JUDGE GREG GERARD GUIDRY |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | MAGISTRATE JUDGE MICHAEL NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 15th day of June, 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE